IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED

20 JAN 22 PM 2:17

THOMAS M GOULD
CLERK, U.S. DISTRICT COURT

*Tracie Hardy*

_____

_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

*Xanitos Inc.*

_____

_____

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
    A.  Have you begun other lawsuits in state or federal court dealing with the same facts
        involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuits on another piece of paper, using
        the same outline.)

        1.  Parties to this previous lawsuit
        Plaintiffs:        _____

                           _____

        Defendants:        _____

                           _____

        2.  Court (if federal court, name the district; if state court, name the county):
                           _____
        3.  Docket Number: _____
        4.  Name of judge to whom case was assigned:_____
        5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still
            pending?)
        _____
        6.   Approximate date of filing lawsuit:_____

        7.   Approximate date of disposition:_____

-1-                                                              Revised 4/18/08

II.   Place of Present Confinement:_____
      A. Is there a prisoner grievance procedure in the institution?
                                                    Yes ( )  No (X)

      B. Did you present the facts relating to your complaint in the state prisoner grievance
         procedure?                                 Yes ()   No (X)
      C. If your answer is Yes:
         1. What steps did you take?_____
         _____
         2. What was the result?_____
         _____
      D. If your answer is No, explain why not:_____
         _____

III.  Parties
      (In item A below, place your name in the first blank and place your present address in the
      second blank. Do the same for additional plaintiffs, if any.)
      A. Name of Plaintiff _TRACIE  HARDY_____
         Address _5264 Millbranch Rd  Memphis, TN. 38116_____

      (In item B below, place the full name of the defendant in the first blank, his official
      position in the second blank, and his  and his place of employment in the third blank.
      Use Item C for the names, positions, and places of employment of an additional
      defendants.)
      B. Defendant_XANITOS  INC_____is employed as
         ____3809 WESTCHESTER PIKE_____
         at____NEWTON Square, PA 19073_____

      C. Additional Defendants:_____
         _____
         _____

IV.   Statement of Claim

      State here as briefly as possible the facts of your case. Describe how each defendant is
      involved. Include also the names of other persons involved, dates, and places. Do not
      give any legal arguments or cite any cases or statutes. If you intend to allege a number of
      related claims, number and set forth each claim in a separate paragraph. Use as much
      space as you need. Attach extra sheet if necessary.

      March 6, 2018, I (Tracie Hardy) was injured @ work
      While Assisting a Baptist Employee to Complete a meeting
      Room set up which involved lifting delicate, unstable heavy
      tables. Xanitos Retaliated Against me and did not Accept
      my Claim due to my filing A EEOC claim against the Director STRATTON
      for not liking African Americans. I received a severe
      back injury which L1-L5 disc are bulging. To continue
      with the collusion, the company has caused me mental
      & physical anguish due to my being African American.
      My home is going into Foreclosure due to no fault of my own.

          Revised 4/18/08

V.    Relief
      State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

      I would like for Xanitos to compensate me for unfair treatment, racial bias, negligence & discrimination caused by their reckless influence, intent & malice. I'm also requesting punitive damages caused by discrimination & hostile work environment.

VI.   Jury Demand
      I would like to have my case tried by a jury. Yes (X) No ( ). IF NEEDED

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

      Signed this _18th_ day of _January_, 20 _20_.


                                        _____
                                        (Signature of Plaintiff/Plaintiffs)

Revised 4/18/08